832

No. 466. GUSTIN-BACON DIVISION, CERTAIN-TEED PRODUCTS CORP. *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 468. DREYFUS, TRUSTEE, ET AL. *v.* FIRST NATIONAL BANK OF CHICAGO, TRUSTEE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 471. MONOSSON ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 473. SHERWOOD, ADMINISTRATOR *v.* PEARL RIVER VALLEY WATER SUPPLY DISTRICT. C. A. 5th Cir. Certiorari denied.

No. 474. ABRAMS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 475. LIBEN ET AL., DBA M. LIBEN TIRE CO. *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 476. PERLMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 478. ROMANO ET AL. *v.* UNITED STATES;
No. 5504. SHERBICKI *v.* UNITED STATES; and
No. 5591. GUANTI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 421 F. 2d 792.

No. 479. OCEAN DRILLING & EXPLORATION Co. *v.* SIGNAL OIL & GAS Co. ET AL. C. A. 5th Cir. Certiorari denied.

No. 480. HOWZE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 487. STEVENSON *v.* DIEBOLD, INC. C. A. 9th Cir. Certiorari denied.